# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 432 MAL 2014
                                      :
           Respondent           :
                                        : Petition for Allowance of Appeal from the
                                        : Order of the Superior Court
            v.                   :
                                      :
                                      :
ADAM J. LOPICCOLO,               :
                                      :
           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.